No. 80–1790. Lake Charles American Press et al. *v.* McHale. Ct. App. La., 3d Cir. Certiorari denied.

No. 80–1793. Watson *v.* Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 80–1809. Guzzardo *v.* Bengston, Sheriff, et al. C. A. 7th Cir. Certiorari denied.

No. 80–1814. City of Cincinnati *v.* Jones et al. Sup. Ct. Ohio. Certiorari denied.

No. 80–1815. Castro *v.* Chicago, Rock Island & Pacific Railroad Co. Sup. Ct. Ill. Certiorari denied.

No. 80–1854. Benjamin *v.* Macchiarola, Chancellor, Board of Education of the City of New York, et al. C. A. 2d Cir. Certiorari denied.

No. 80–1869. International Order of Job's Daughters *v.* Lindeburg & Co. C. A. 9th Cir. Certiorari denied.

No. 80–1878. Burgdorf *v.* United States et al. C. A. 9th Cir. Certiorari denied.

No. 80–1921. Distillery, Rectifying, Wine & Allied Workers International Union of America, Local Union 38, AFL–CIO *v.* National Labor Relations Board. C. A. 6th Cir. Certiorari denied.

No. 80–1941. Robinson *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 80–6342. Hayes *v.* United States. C. A. 10th Cir. Certiorari denied.